IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

OIRE OREGON C, LLC,

                  Plaintiff,

      v.

MAZIN K. YALDO, M.D.,
and ALEX PUJARI,

                   Defendants.

No. CV 08-724-ST

OPINION AND ORDER

**MOSMAN, J.**,

On March 30, 2009, Magistrate Judge Stewart issued Findings and Recommendation ("F&R") (#50) in the above-captioned case recommending that plaintiff's Motion for Attorney Fees (#43) and Bill of Costs (#47) be GRANTED.  No objections to the F&R were filed.

## DISCUSSION

The magistrate judge makes only recommendations to the court, to which any party may file written objections.  The court is not bound by the recommendations of the magistrate judge, but retains responsibility for making the final determination.  The court is generally required to make a *de novo* determination of those portions of the report or specified findings or recommendation as to which an objection is made.  28 U.S.C. § 636(b)(1)(C).  However, the court is not required to review, under a *de novo* or any other standard, the factual or legal

PAGE 1 OPINION AND ORDER

conclusions of the magistrate judge as to those portions of the F&R to which no objections are addressed.  *See Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).  While the level of scrutiny under which I am required to review the F&R depends on whether or not objections have been filed, in either case, I am free to accept, reject, or modify any of the magistrate judge's F&R.  28 U.S.C. § 636(b)(1)(C).

Upon review, I agree with Judge Stewart's recommendation, and GRANT plaintiff's Motion for Attorney Fees (#43) and Bill of Costs (#47).

IT IS SO ORDERED.

Dated this  _5th_  day of May, 2009.

/s/ Michael W. Mosman____
MICHAEL W. MOSMAN
United States District Court

PAGE 2 OPINION AND ORDER